# ABRAMS **AF** FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara & Wolf, LLP

Attorneys at Law
www.abramslaw.com

160 Linden Oaks
Rochester, New York 14625
Phone: 585-218-9999
Fax: 585-218-0562
FAX NOT FOR LEGAL SERVICE

FIRM OFFICES

Brooklyn
Lake Success
New York

March 28, 2014

**Via Electronic Case Filing**

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Cando and Valencia v. Michigan Logistics Inc., et al.*
           Case No. 13-cv-4369

Dear Judge Ross:

    By their filing dated March 21, 2014, Plaintiffs in the above matter have purported to accept the Defendants' Offer of Judgment. However, the Offer of Judgment required that the acceptance be in "full and final settlement of all Plaintiffs' federal claims against <u>all Defendants</u> arising out of or relating to, the facts and transactions alleged in the above captioned action." (emphasis added) Plaintiffs' purported reservation of rights of their federal claims against the Parts Authority Defendants does not meet the terms of the Offer of Judgment. As a result, Plaintiffs' purported acceptance of the Rule 68 Offer of judgment dated March 13, 2014 should be deemed null and void. It is my understanding that this defect has been brought to Mr. Lee's attention.

                      Very truly yours,

                      s/ Sharon P. Stiller
                      Sharon P. Stiller

cc:   CK Lee, Esq.
       Andrew Marks, Esq.