UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIO CANDO and
JUAN VALENCIA TRUJILLO,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

    Plaintiffs,

Case No.: 13-cv-4369

v.

**ORDER OF JUDGMENT**

MICHIGAN LOGISTICS, INC., et al.,

    Defendants.

**WHEREAS**, the above-captioned action having come before this Court, and the matter having come before the Honorable Allyne R. Ross, United States District Judge, it is,

**ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in Plaintiffs' letter to the Court dated March 31, 2014, as full and final settlement of all Plaintiffs federal claims against all Defendants, judgment is entered in favor of the Plaintiffs and against Defendant Michigan Logistics Inc. in the amount of $72,300, as detailed below:

- $24,570 payable to Mario Cando;
- $32,730 payable to Juan Valencia Trujillo;
- $15,000 as attorneys' fees to Plaintiffs' counsel, Lee Litigation Group, PLLC;

**ORDERED, ADJUDGED AND DECREED**: That the amounts shall be due and payable within 21 days of the date of this Order of Judgment.

**ORDERED ADJUDGED AND DECREED:** That Plaintiffs' remaining New York State law claims are dismissed without prejudice; and

**ORDERED ADJUDGED AND DECREED:** That this judgment is entered pursuant to Rule 68 and does not constitute a finding or admission of liability or unlawful conduct by any Defendant.

Dated: April 9, 2014

/s/(ARR)

The Honorable Allyne R. Ross
United States District Judge